1056

■ JEFFERSON NUNESS, Respondent, v. INTERNATIONAL HARVESTER CO., Appellant.—

Herlihy, P. J., Staley, Jr., Greenblott, Cooke and Sweeney, JJ., concur.

■ In the Matter of MICHAEL P. GAUKEL, Respondent, v. EVELYN W. GAUKEL, Also Known as EVELYN W. JOHNSON, et al., Appellants.—

Herlihy, P. J., Aulisi, Staley, Jr., Cooke and Sweeney, JJ., concur.